counsel for defendant. It was declined, and an exception was taken (folios 368, 369). This presents reversible error. Judgment of conviction, and order of the County Court of Westchester County reversed, and a new trial ordered. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE, on complaint of Peter McDermott, Respt., v. Peter PERINO, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, Respt., v. Benedetto RANDAZZO, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, Respt., v. Thomas REILLY, Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

PEOPLE v. Thomas REILLY. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

PEOPLE, Respt., v. John REILLY, Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, appellants, v. RICHMOND BOROUGH PUBLISHING AND PRINTING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion to dismiss appeal granted.

PEOPLE, Respt., v. Bonardo SAVERIO, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, Respt., v. Franklin W. SEARS, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed, on the authority of People v. Cole, 163 App. Div. 292, 148 N. Y. Supp. 708. McLaughlin and Dowling, JJ., dissenting, on the dissenting opinion in People v. Cole, 163 App. Div. 316, 148 N. Y. Supp. 708. Order filed.

PEOPLE, Respt., v. Jacob VAN BRINK, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment affirmed. No opinion. Order filed.

PEOPLE, respt., v. Theodore J. VOGELGESANG, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Motion for leave to appeal to Court of Appeals granted.

PEOPLE, respondents, v. Albin WALA, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied on condition that appellant perfect his appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted.

PEOPLE, appellants, v. George YOUHAS, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Appeal withdrawn in open court on consent.

PEOPLE ex rel. John T. BALLOU, relator, v. William WILLIAMS, as Commissioner of Water Supply, Gas and Electricity of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

PEOPLE ex rel. Erastus BELCHER, Rel., v. Arthur WOODS, as Police Commr., etc., Respt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. No opinion. Order filed.

PEOPLE ex rel. Artemas W. BOSSARD, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

PEOPLE ex rel. Lathrop BROWN, relator, v. BOARD OF SUPERVISORS OF SUFFOLK COUNTY, NEW YORK, as the County Board of Canvassers of Suffolk County, New York, John J. Kirkpatrick and Lewis W. Korn, as and constituting the Board of Elections of Suffolk County, New York, defendants. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion for stay granted. Appeal set down for argument on Wednesday, November 24, 1915, at 11 a. m. Orders for production of ballots, returns, statements of canvass, and talley sheets signed and filed.

PEOPLE ex rel., Michael F. DALTON, appellant, v. William WILLIAMS, as Commissioner, etc., et al., respondents. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Motion granted. Settle order before the Presiding Justice.

PEOPLE ex rel. Percy DAVIDSON v. William WILLIAMS, as Commr. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. John A. DOLAN and John T. Maddock, relators, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Determination as to each of the relators confirmed, and writs dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.